AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eid, Allison H. | 10th Circuit U.S. Court of Appeals | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge -- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1823 Stout Street
Denver, CO 80257

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | J. Reuben Clark Law School, Brigham Young University Board of Advisers |
| 2. | Council Member | American Law Institute |
| 3. | Adviser | Restatement, Children and the Law, American Law Institute |
| 4. | Member | Early Career Scholars Committee, American Law Institute |
| 5. | Member | Colorado State-Federal Judicial Coordinating Committee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Greenberg Traurig Compensation |
| 2. | 2018 | Service on Navajo Judicial Conduct Commission |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University Law School | January 24-25, 2018 | Washington, DC | Moot Court | Transportation, meals, and lodging |
| 2. | Stanford University Law School | February 7-11, 2018 | Stanford, CA | Moot Court | Transportation, meals, and lodging |
| 3. | BYU Law School | March 15-18, 2018 | Provo, UT | Board of Advisers Meeting | Transportation, meals, and lodging |
| 4. | Yale Law School | April 18-19, 2018 | New Haven, CT | Moot Court | Transportation, meals, and lodging |
| 5. | American Law Institute | October 4-5, 2018 | Philadelphia, PA | Restatement Meeting | Transportation, meals, and lodging |
| 6. | Duke Law School | November 7-8, 2018 | Durham, NC | Panel Discussion | Transportation, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Eid, Allison H. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citi Private Bank Law Firm Group | Partnership Loan for capital contribution | J |
| 2. | Citi Private Bank Law Firm Group | Partnership Loan for capital contribution | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eid, Allison H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds 401K -- Bond Fund of America | A | Dividend | K | T | Exempt | | | | |
| 2. American Funds 401 -- Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 3. American Funds 401K -- EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 4. American Funds 401K -- Fundamental Investors | A | Dividend | K | T | | | | | |
| 5. American Funds 401K -- Growth Fund of America | A | Dividend | L | T | | | | | |
| 6. American Funds 401K -- SMALLCAP World Fund | A | Dividend | K | T | | | | | |
| 7. American Funds 401K -- Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 8. American Funds 401K -- Bond Fund of America | B | Dividend | L | T | | | | | |
| 9. American Funds 401K -- Capital World Growth and Income Fund | A | Dividend | K | T | | | | | |
| 10. American Funds 401K -- EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 11. American Funds 401K -- Growth Fund of America | A | Dividend | M | T | | | | | |
| 12. American Funds 401K -- SMALLCAP World Fund | A | Dividend | L | T | | | | | |
| 13. American Funds 401K -- Washington Mutual Investors Fund | C | Dividend | M | T | | | | | |
| 14. GT Schwab 401K -- Large Company SSgA S&P 500 Index Non-Lending | | None | M | T | | | | | |
| 15. GT Schwab 401K -- Small/Mid Company SSgA Russell Small/Mid Cap | | None | M | T | | | | | |
| 16. Undeveloped land, 1/3 interest, Adams County, CO and mineral lease | | None | L | W | | | | | |
| 17. State Farm Life Insurance (10 pay life) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eid, Allison H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State Farm Life Insurance (10 pay life) | A | Dividend | J | T | | | | | |
| 19. Firstbank CD | A | Interest | M | T | | | | | |
| 20. Firstbank Joint Checking | A | Interest | M | T | | | | | |
| 21. Colorado Public Employees Retirement pension | | | M | T | | | | | |
| 22. Northwestern Mutual Life Insurance (adjustable comp) | A | Dividend | K | T | | | | | |
| 23. Northwestern Mutual Life Insurance (90 life) | B | Dividend | K | T | | | | | |
| 24. Northwestern Mutual Life Insurance (90 life) | A | Dividend | K | T | | | | | |
| 25. Northwestern Mutual Life Insurance (var) -- Intl Eq (MSA/Frkln Templ) | A | Dividend | J | T | | | | | |
| 26. Northwestern Mutual Life Insurance (var) -- Index 500 Stock (MSA) | A | Dividend | J | T | | | | | |
| 27. Northwestern Mutual Life Insurance (var) -- MC Grth Stk (MSA/WmBlair) | A | Dividend | J | T | | | | | |
| 28. Northwestern Mutual Life Insurance (var) -- HighYldBd (MSA/Federated) | A | Dividend | J | T | | | | | |
| 29. Northwestern Mutual Life Insurance (var) -- LC Core Stk (NSA/Fayez) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eid, Allison H. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allison H. Eid**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544